■ GARY BERGER, Individually and as Father and Natural Guardian of KATHRYN BERGER, an Infant, Respondent, v TERESA A. HENDERSON et al., Respondents, and THE BUFFALO NEWS, INC., Appellant. [926 NYS2d 838]

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Lindley and Sconiers, JJ.